FILED

AUG 12 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| DOE I; DOE II; IVY HE; DOE III; DOE IV; DOE V; DOE VI; CHARLES LEE; ROE VII; ROE VIII; LIU GUIFU; DOE IX; WEIYU WANG, and those individuals similarly situated, | No.   15-16909 |
| | D.C. No. 5:11-cv-02449-EJD Northern District of California, San Jose |
| Plaintiffs-Appellants, | ORDER |
| v. | |
| CISCO SYSTEMS, INC.; JOHN CHAMBERS; FREDY CHEUNG, AKA Zhang Sihua; DOES, 1-100, | |
| Defendants-Appellees. | |

Before:  TASHIMA, BERZON, and CHRISTEN, Circuit Judges.

Appellants' motion for supplemental briefing, Dkt. 111, is **GRANTED**. The parties are requested to address what further proceedings, if any, are warranted in light of the Supreme Court's decision in *Cisco Systems, Inc. v. Doe*, 146 S. Ct. 1882 (2026). The parties shall file their briefs no later than 21 days from the filing date of this order. The briefs shall not exceed 4,000 words.

Judge Christen dissents. She would deny the motion for supplemental briefing.