UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DOE I; DOE II; IVY HE; DOE III; DOE IV; DOE V; DOE VI; CHARLES LEE; ROE VII; ROE VIII; LIU GUIFU; DOE IX; WEIYU WANG, and those individuals similarly situated,

Plaintiffs-Appellants,

v.

CISCO SYSTEMS, INC.; JOHN CHAMBERS; FREDY CHEUNG, AKA Zhang Sihua; DOES, 1-100,

Defendants-Appellees.

No. 15-16909

D.C. No. 5:11-cv-02449-EJD
Northern District of California, San Jose

ORDER

Before: TASHIMA, BERZON, and CHRISTEN, Circuit Judges.

The district court declined to exercise supplemental jurisdiction over Plaintiffs-Appellants’ state law claims and so dismissed them without prejudice. *See Doe I v. Cisco Sys., Inc.*, 66 F. Supp. 3d 1239, 1248–49 (N.D. Cal. 2014), *aff’d in part, rev’d in part, and remanded*, 73 F.4th 700 (9th Cir. 2023), *rev’d and remanded*, 146 S. Ct. 1882 (2026). Plaintiffs-Appellants did not challenge the dismissal of those claims on appeal. In light of the Supreme Court’s decision in *Cisco Systems, Inc. v. Doe I*, 146 S. Ct. 1882 (2026), which disposed of the federal law claims properly before us on appeal, the district court’s judgment is **AFFIRMED**.